**JUDGMENT**

===========================================================================



UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



NO. 94-50216
CT/AG#: CR-93-00491-WJR-2

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANTONIO M. ANGOTTI

    Defendant - Appellant

-----------------------

APPEAL FROM the United States District Court for the Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered: January 28, 1997



. . . . . TERSON
. . . of Court
ATTEST

APR 16 1997

by: _____
Deputy C



FEB 1 1998